UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CALVIN DELEON TURNER, JR.,

    Petitioner,

-vs-                                              Case No.  8:22-cv-2310-WFJ-CPT

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

**ORDER**

    Mr. Turner failed to comply with the October 13, 2022 Order (*see* Doc. 4) directing him to sign the habeas petition, fully complete the affidavit of indigency, and return those documents by November 10, 2022. He was warned that failure to timely comply would result in dismissal of this action (Id.). Accordingly, this action is **DISMISSED** without prejudice for failure to comply with the October 13, 2022 Order and failure to prosecute. The Clerk must terminate any pending motions and close the case.

    ORDERED in Tampa, Florida, on November 18, 2022.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copy to: Calvin Deleon Turner, Jr., *pro se*